EXHIBIT A: CONSENT JUDGMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X

ASTRAZENECA PHARMACEUTICALS LP,    :
ASTRAZENECA UK LIMITED, and    :
ASTRAZENECA AB,    :
    :
    Plaintiffs,    :
    v.    :  Civil Action No. 1:18-CV-12051-RMB-KMW
    :
ACCORD HEALTHCARE, INC.,    :
    :
    Defendant.    :

------------------------------------------------------------X

## CONSENT JUDGMENT

AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP (hereinafter collectively "AstraZeneca"), and Accord Healthcare, Inc. (hereinafter "Accord"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 5th day of October 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1.    This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2.    As used in this Consent Judgment, (i) the term "Accord Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug

Application No. 211689 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party.  For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3.      Except as specifically authorized pursuant to the Settlement Agreement, Accord, including any of its Affiliates, successors and assigns, is enjoined from infringing United States Patent Numbers 6,774,122, 7,456,160, 8,329,680 and 8,466,139, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Accord Product.

4.      Compliance with this Consent Judgment may be enforced by AstraZeneca and Accord and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.      This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

2

6.     All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Renee Marie Bumb, U.S.D.J.

We hereby consent to the form and entry of this Order:

s/John E. Flaherty

John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Lisa B. Pensabene
Caitlin Hogan
Eberle Schultz
O'MELVENY & MYERS LLP
7 Times Square New York, New York 10036
(212) 326-2000

*Attorneys for AstraZeneca AB, AstraZeneca UK Limited, and AstraZeneca Pharmaceuticals LP*

s/Gurpreet Singh Walia

Gurpreet Singh Walia
FISHERBROYLES, LLP
100 Duffy Avenue
Suite 510
Hicksville, NY 11801
(929) 429-5721

Joseph Schramm, III
FISHERBROYLES LLP
100 Overlook Center
2nd Floor
Princeton, NJ 08540
(856) 733-0220

*Attorneys for Accord Healthcare, Inc.*

3